JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GUTIERREZ and JOSE GUTIERREZ, | Case No. 2:18-CV-01335-AB-FFM |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO DISMISS CASE** |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1    Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P.

2  41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation.

3  Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties

4  and claims. The Clerk of Court shall terminate the case.

6  **IT IS SO ORDERED**

7  Dated:  11/27/2018

_____
United States District Judge